**FILED**

09/08/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0257

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 22-0257

CHARLES SPRAGUE, by and through Paulette Sprague, and PAULETTE SPRAGUE,

        Plaintiffs, Counterclaim Defendants, and Appellees,

v.

TIM BEARD,

        Defendant, Counterclaim Plaintiff, and Appellant.

**ORDER GRANTING UNOPPOSED MOTION FOR SECOND EXTENSION OF DEADLINE FOR FILING OF APPELLANT'S OPENING BRIEF**

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including November 10, 2022, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 8 2022